IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 4: CR13 0198 |
| v. | (VIO: 18 U.S.C. §§ 111(a)(1) & (b)) |
| MAURICE WEAVER | ELECTRONICALLY FILED |

INDICTMENT

COUNT ONE
Assault On A Correctional Employee
18 U.S.C. §§ 111(a)(1) & (b)

FILED
WILLIAMSPORT
SEP 12 2013
PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES THAT:

On or about the 13th day of January 2012, at the Allenwood Federal Correctional Complex, United States Penitentiary, Union County, White Deer, Commonwealth of Pennsylvania, a Federal penal and correctional institution, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant,

MAURICE WEAVER,

knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a correctional employee, to wit: by willfully and forcibly

striking the warden in the mouth area while said correctional employee was engaged in the performance of his duties, in violation of Title 18, United States Code, Sections 111(a)(1)and (b).

## COUNT TWO
### Assault On A Correctional Employee
### 18 U.S.C. §§ 111(a)(1) & (b)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the 13th day of January 2012, at the Allenwood Federal Correctional Complex, United States Penitentiary, Union County, White Deer, Commonwealth of Pennsylvania, a Federal penal and correctional institution, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant,

### MAURICE WEAVER,

knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with correctional employee, to wit: by willfully and forcibly striking the associate warden in the head while said correctional employee was engaged in the performance of his duties, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT THREE
### Assault On A Correctional Employee
### 18 U.S.C. §§ 111(a)(1) & (b)

THE GRAND JURY FURTHER CHARGES THAT:

On or about the 13th day of January 2012, at the United States Penitentiary, Union County, Lewisburg, Commonwealth of Pennsylvania, a Federal penal and correctional institution, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant,

## MAURICE WEAVER,

knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a correctional employee, to wit: by willfully and forcibly striking a correctional employee in the head area while said correctional employee was engaged in the performance of his duties, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).